UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BRIAN WHITAKER

         Plaintiff,

v.

PREMIUM OUTLET PARTNERS,
L.P., et al.

         Defendants.

Case No.  19-CV-01157-AB-AFM

ORDER DISMISSING CIVIL ACTION

     THE COURT having been advised by counsel that the above-entitled action has been settled;

     IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60** **days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  October 7, 2019

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE